**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DONALD JANS JENKINS, et al,**

        **Plaintiffs,**

-vs-                                                **Case No. 6:10-mc-69-Orl-31KRS**

**BRIAN THOMAS MOYNIHAN, et al,**

        **Defendants.**

---

**DONALD JANS JENKINS, et al,**

        **Plaintiffs,**

-vs-                                                  **Case No. 6:10-mc-71-Orl-31DAB**

**DAVID R. MORTENSEN,**

        **Defendant.**

---

## NOTICE OF HEARING

**TAKE NOTICE** that a hearing on the Plaintiffs' request for certified copies of the "Final Determination and Judgment in Nihil Dicit" filed in these cases on May 28, 2010, will be held before the Honorable Gregory A. Presnell, United States District Judge, on **MONDAY, JUNE 7, 2010 AT 9:00 A.M.** in Courtroom #5A, George C. Young United States Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida.

In addition, until further notice from this Court, the Clerk shall not issue a certified copy of any "Final Determination and Judgment in Nihil Dicit" filed by these Plaintiffs.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 3, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

**PLEASE NOTE**:  Photo I.D. is required to enter the United States Courthouse.  Also, cellular telephones and laptop computers are prohibited in the Courthouse.